

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 10, 1939

Hon. L. L. Roberts, County Auditor
Hutchinson County
Stinnett, Texas

Dear Sir:

      Opinion No. 0-130
      Re: Whether trustees may purchase
      band uniforms with money drawn from
      their local funds for another school
      district since their children are at-
      tending the latter district.

      Your letter of January 16, 1939
has been received and referred to the writ-
er for attention and reply.

      You wish to be advised whether
the Lackey School Trustees may legally pur-
chase band uniforms with money drawn from
local funds, for the Spearman school band,
since all the Lackey children are attending
the Spearman school.

      While you did not so state, for
the purpose of this opinion, we assume the
Lackey children are attending the Spearman
school under the authority of Article 2699,
R.C.S., 1925. Part of that statute reads
as follows:

      " * * * and provided fur-
    ther that all the children resid-
    ing in a school district may be
    transferred to another district,
    or to an independent district,

upon such terms as may be agreed upon by the trustees of said districts interested."

Article 2827, R.C.S., reads, in part, as follows:

"The public free school funds shall not be expended except for the following purposes:

* * *

"2. Local school funds from district taxes, tuition fees of pupils not entitled to free tuition and other local sources may be used for the purposes enumerated for State and county funds * * * and for other purposes necessary in the conduct of the public schools to be determined by the Board of Trustees, etc."

Therefore, if in the opinion of the Board of Trustees, the purchase of the band uniforms is deemed necessary to the conduct of the public schools and is so determined by the Board of Trustees, it appears that local tax funds may be expended for such purposes under Article 2827, cited above.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Benjamin Woodall
Benjamin Woodall
Assistant

BW:ob

APPROVED:

ATTORNEY GENERAL OF TEXAS